# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Benjamin R. Seagle, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:11-cv-00307-MR-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2013 Order.

January 11, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court